IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS C. PHILLIPS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.   14-6007 |
| NORTHAMPTON COUNTY, P.A., | : | |
| ATTORNEY GENERAL KATHLEEN | : | |
| KANE and PRISON WARDEN TODD L. | : | |
| BUSKIRK, | : | |

## ORDER

AND NOW, this 14th day of September, 2016, upon consideration of the motion to dismiss by defendant Kathleen Kane (Dkt. No. 23), plaintiff Curtis C. Phillips, Jr.'s response (Dkt. No. 24), the motion to dismiss by defendants Northampton County and Todd L. Buskirk (Dkt. No. 25) and plaintiff's response (Dkt. No. 31), it is ORDERED that the both motions are GRANTED and plaintiff's second amended complaint is DISMISSED WITH PREJUDICE.

The Clerk of Court shall mark this case CLOSED.

    /s *Thomas N. O'Neill, Jr.*  
THOMAS N. O'NEILL, JR., J.